IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 AUG -7  P 4: 53

| | | |
|---|---|---|
| WILLIE MCNAIR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06CV695-WKW |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Willie McNair respectfully moves this Court, pursuant to 28 U.S.C. § 1915, for leave to proceed in this matter *in forma pauperis*, without prepayment of costs or fees. In support of this motion, Mr. McNair states the following:

1. This Court declared Mr. McNair indigent and permitted him to proceed *in forma pauperis* in the recent related case of McNair v. Campbell, No. 1:98cv915-T (M.D. Ala. 2005). In addition, Mr. McNair proceeded *in forma pauperis* on appeal from this Court at the Eleventh Circuit Court of Appeals and at the United States

Supreme Court. Since his appeal ended earlier this year, Mr. McNair's financial status has not changed.

2. Undersigned counsel currently is attempting to obtain a statement of Mr. McNair's prison account from Holman Correctional Facility. As soon as counsel receives the account statement, counsel will file it with the Court along with an affidavit from Mr. McNair swearing that he is indigent.

For these reasons, Mr. McNair respectfully requests that the Court grant him leave to proceed in this matter *in forma pauperis*, without prepayment of costs or fees.

Respectfully submitted,

/s/ Randall Susskind
RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, Alabama 36104
(334) 269-1803
rsusskind@eji.org
cprice@eji.org

Counsel for Plaintiff

August 7, 2006

2

## CERTIFICATE OF SERVICE

I certify that on August 7, 2006, I served two copies of this complaint by first-class mail to:

Richard Allen
Commissioner
Alabama Department of Corrections
301 S. Ripley St.
P.O. Box 301501
Montgomery, AL  36130-1501

Grantt Culliver
Warden
Holman Prison
Holman 3700
Atmore, AL  36503-3700

Randall S. Susskind

3