IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE MCNAIR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| RICHARD ALLEN, Commissioner | * |
| Alabama Department of Corrections, | * |
| | * |
| GRANTT CULLIVER, Warden, | *   No. 2:06-cv-00695-WKW-SRW |
| Holman Correctional Facility, and | * |
| | * |
| OTHER UNKNOWN EMPLOYEES | * |
| AND AGENTS, | * |
| Alabama Department of Corrections, | * |
| | * |
| Individually, and in their | * |
| official capacities. | * |
| | * |
| Defendants. | * |

## PETITIONER'S DOCUMENTATION IN SUPPORT
## OF MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Willie McNair respectfully submits the attached documentation in support of his Motion to Proceed *In Forma Pauperis*.

1.  On August 7, 2006, Mr. McNair moved this Court for leave to proceed in the above-captioned matter *in forma pauperis*, without prepayment of costs or fees.

2.  In support of this motion, Mr. McNair submits the attached affidavit of his poverty, as well as a statement of his prison account.

Based on these documents and on his previously filed motion, Mr. McNair respectfully requests that the Court grant him leave to proceed in this matter *in forma pauperis*, without prepayment of costs or fees.

                Respectfully submitted,

                s/ Randall S. Susskind
                Randall S. Susskind (SUS002)
                Cathleen I. Price (PRI056)
                Equal Justice Initiative of Alabama
                122 Commerce Street
                Montgomery, Alabama 36104
                (334) 269-1803
                rsusskind@eji.org
                cprice@eji.org

                Counsel for Plaintiff

August 14, 2006

## CERTIFICATE OF SERVICE

I certify that on August 14, 2006, I served a copy of this pleading by first-class mail to:

    Richard Allen
    Commissioner
    Alabama Department of Corrections
    301 S. Ripley St.
    P.O. Box 301501
    Montgomery, AL  36130-1501

    Grantt Culliver
    Warden
    Holman Prison
    Holman 3700
    Atmore, AL  36503-3700

                                                s/ Randall S. Susskind
                                               Randall S. Susskind

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE MCNAIR, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD ALLEN, Commissioner <br> Alabama Department of Corrections, <br><br> GRANTT CULLIVER, Warden, <br> Holman Correctional Facility, and <br><br> OTHER UNKNOWN EMPLOYEES <br> AND AGENTS, <br> Alabama Department of Corrections, <br><br> Individually, and in their <br> official capacities. <br><br> Defendants. | Case No. _____ |

## DECLARATION IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, Willie McNair, declare that I am the petitioner in the above entitled case; that in support of the motion to proceed without being required to prepay fees, costs, or give security therefore, I state that because of my own poverty I am unable to pay the costs of said proceedings or to give security therefore; and that I believe I am entitled to redress.

1. I am not presently employed, and have not been employed since my incarceration

in 1990, nor am I married.

2. In the past twelve months, I have received no money from any employment, no rent payments, no interest or dividends, and no pensions annuities or life insurance payments, no alimony or child support, no retirement funds, no disability payments, no unemployment payments, and no public assistance.

3. The sum total of any cash or savings in my prison account is reflected in the attached Certificate of Account. I have no other cash in any financial institution.

4. I own no assets, no money is owed to me, no one is dependent on me for support, and I do not expect any major changes to my monthly income or assets in the next twelve months.

5. I have not paid nor will I be paying an attorney or any other administrative assistant any money for services in connection with this case.

My legal residence is at Holman Correctional Facility, Holman 3700, Atmore, Alabama, 36503. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-11-06

_Willie McNair_
Willie McNair

Sworn and Subscribed before me on this 11 day of August, 2006.

_[signature]_
Notary Public

My Commission Expires on 7/11/08.

```
                         STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                     HOLMAN CORRECTIONAL FACILITY


   AIS #: 00Z528      NAME: MCNAIR, WILLIE              AS OF: 08/10/2006

                    # OF         AVG DAILY          MONTHLY
           MONTH    DAYS         BALANCE            DEPOSITS
   -------------------------------------------------------------------------

            AUG      21            $7.01              $0.00
            SEP      30            $2.39             $10.00
            OCT      31            $0.01              $0.00
            NOV      30            $9.23             $20.00
            DEC      31           $28.42             $81.50
            JAN      31          $105.05            $120.00
            FEB      28          $156.54             $10.00
            MAR      31          $165.73             $40.00
            APR      30          $153.90            $150.00
            MAY      31          $182.47             $20.00
            JUN      30          $213.79            $172.00
            JUL      31          $186.40              $0.00
            AUG      10          $157.88              $0.00
```

State of Alabama

County of Escambia

## CERTIFICATE OF ACCOUNT

I, __S. Hamrick__, do hereby certify that Willie McNair, Z-528, is an inmate at Holman Prison. He currently has a balance of $ 149.10 at this institution. I further certify that his receipts, expenditures, and balances have been as follows for the last six months:

|  | RECEIPTS | EXPENDITURES | BALANCES |
|---|---|---|---|
| July 2006 | $ 0.00 | N/A | 186.40 |
| June 2006 | 172.00 |  | 213.79 |
| May 2006 | 20.00 |  | 182.47 |
| April 2006 | 150.00 |  | 153.90 |
| March 2006 | 40.00 |  | 165.73 |
| February 2006 | 10.00 |  | 156.54 |

_____
Officer, Holman Prison

Sworn to and subscribed before me on this the 11th day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 7/17/08