| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): David Peltyn    B. Date of Delivery: 9-13-06<br>C. Signature: X David Phely    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Grantt Culliver, Warden<br>Holman Prison<br>Holman 3700<br>Atmore, Alabama 36503<br><br>2:06CV695 STC | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail  ☐ Express Mail<br>  ☐ Registered    ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7005 0390 0000 5270 8408 | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952