# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WILLIE McNAIR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   No. 2:06-cv-00695-WKW-SRW |
| **RICHARD ALLEN, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |
| **And GRANTT CULLIVER, Warden,** | ) |
| **Holman Correctional Facility** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

The undersigned Counsel, James W. Davis, files this Notice of Appearance as additional counsel for the Defendants / Counter-plaintiffs, Richard Allen, in his official capacity as Commissioner of the Alabama Department of Corrections, and Grantt Culliver, in his official capacity as Warden of the Holman Correctional Facility.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**


s/ James W. Davis
James W. Davis  (DAV103)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: jimdavis@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 2nd day of October, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Cathleen I. Price
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
cprice@eji.org

Randall S. Susskind
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
rsusskind@eji.org

        **s/ James W. Davis**
        James W. Davis  (DAV103)
        Assistant Attorney General
        office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130
        (334) 242-7300
        (334) 353-8440 Fax
        Email:  jimdavis@ago.state.al.us