IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-cv-695-WKW |
| ) | [wo] |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Reschedule Status Conference Date (Doc. # 13), it is ORDERED that the motion is GRANTED. The status conference is continued from November 16, 2006, to **November 28, 2006, at 10 a.m.**

Done this the 31st day of October, 2006.

                                        /s/   W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE