IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE McNAIR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 2:06-cv-00695-WKW-SRW |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| And GRANTT CULLIVER, Warden, | ) |
| Holman Correctional Facility | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO CONSOLIDATE AND FOR SPEEDY HEARING

    Defendants Richard Allen, in his official capacity as Commissioner of the Alabama Department of Corrections, and Grantt Culliver, in his official capacity as Warden of the Holman Correctional Facility ("Defendants"), who are also counter-plaintiffs in this action, respectfully move this Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate this action with a similar suit pending in this Court, styled as *James Callahan v. Richard Allen, et al.,* 2:06-CV-919-WKW. Defendants further move pursuant to Rule 57 that this Court order a speedy hearing and advance the consolidated cases on its calendar. In support of this motion, Defendants state as follows:

    1.    Both this action and the *Callahan* case involve a challenge to the constitutionality of Alabama's procedures for enforcing a death sentence, and both cases include a counterclaim by the Defendants for a declaratory judgment. Defendants deny the plaintiffs' claims. The two cases involve common questions of law and fact.

2. The same counsel represent the plaintiffs in each case and the same counsel represent the defendants in each case. The cases are assigned to the same District Judge.

3. The cases will involve the same evidence and witnesses. To the extent the Court permits discovery, the discovery will be duplicative if the cases are not consolidated.

4. Consolidation will promote judicial economy and convenience and will avoid delay. Consolidation will not prejudice any party.

5. Pursuant to F.R.C.P. 57, this Court has discretion to order a speedy hearing in a declaratory judgment action. The nature of proof in this action and the interests of the State weigh in favor of a speedy hearing.

6. In *Hill v. McDonough*, __ U.S. __, 2006 WL 1584710, at *8 (June 12, 2006), the United States Supreme Court acknowledged the rights of "[b]oth the State and the victims of crime" to the timely enforcement of a death sentence. *Id.* at *8. *See also*, *e.g.*, *Grayson v. King*, ___ F.3d ___, 2006 WL 2382522 (11th Cir. Aug. 18, 2006).

7. McNair and Callahan have each been on Alabama's Death Row for more than fifteen years. Each has exhausted his rights of review under state and federal law.

8. There are limited issues in these cases. Discovery can be handled quickly, to the extent discovery is permitted by the Court, and a speedy hearing will not prejudice the rights of any party.

WHEREFORE, Defendants move that this Court consolidate this action and action number 2:06-CV-919 and set both cases for a consolidated, speedy hearing.

Respectfully submitted,

TROY KING (KIN047)
ATTORNEY GENERAL
BY:

          **s/ J. Clayton Crenshaw**
          J. Clayton Crenshaw  (CRE007)
          Assistant Attorney General

          **s/ James W. Davis**
          James W. Davis  (DAV103)
          Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: jimdavis@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of November, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Cathleen I. Price  
Equal Justice Initiative of Alabama  
122 Commerce Street  
Montgomery, AL  36104  
cprice@eji.org

Randall S. Susskind  
Equal Justice Initiative of Alabama  
122 Commerce Street  
Montgomery, AL  36104  
rsusskind@eji.org

                               **s/ James W. Davis**  
                               James W. Davis  (DAV103)  
                               Assistant Attorney General  
                               office of the Attorney General  
                               11 South Union Street  
                               Montgomery, AL 36130  
                               (334) 242-7300  
                               (334) 353-8440 Fax  
                               Email:  jimdavis@ago.state.al.us