IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-695-WKW |
| | ) [wo] |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants' Motion to Consolidate and For Speedy Hearing (Doc. # 15), it is ORDERED that the plaintiff shall file a response **on or before November 8, 2006.**

It is further ORDERED that the parties confer and develop a proposed discovery plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than **November 27, 2006.** The report should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure. The parties shall be prepared to participate in a discussion of scheduling issues at the status conference that has been set for November 28, 2006, at 10:00 a.m.

Done this the 2nd day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE