## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCNAIR,<br>Plaintiff, | *<br>*<br>* | 2006 NOV 16  A 11: 21 |
| v. | *<br>*<br>* | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| RICHARD ALLEN, Commissioner,<br>Alabama Department of Corrections, | *<br>*<br>* | |
| GRANTT CULLIVER, Warden,<br>Holman Correctional Facility, and | *<br>*<br>* | Case No. 2:06-cv-695-WKW-SRW |
| OTHER UNKNOWN EMPLOYEES<br>AND AGENTS,<br>Alabama Department of Corrections, | *<br>*<br>*<br>* | |
| Individually, and in their official capacities. | * | |
| Defendants. | * | |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the undersigned's appearance as counsel in this case for Plaintiff Willie McNair.

The undersigned herewith submit motions for admission *pro hac vice*.

Date: November 16, 2006

/s/ [signature]

VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

# CERTIFICATE OF SERVICE

      I, Stephanie Cohen, do hereby certify that on the 15 day of November 2006 I served the attached NOTICE OF APPEARANCE by first class mail to:

Troy King
Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

J. Clayton Crenshaw
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

James W. Davis
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

                                                            Stephanie Cohen