IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCNAIR, | * | |
| Plaintiff, | * | |
| v. | * | |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, | * | |
| GRANTT CULLIVER, Warden, Holman Correctional Facility, and | * | Case No. 2:06-cv-695-WKW-SRW |
| OTHER UNKNOWN EMPLOYEES AND AGENTS, Alabama Department of Corrections, | * | |
| Individually, and in their official capacities. | * | |
| Defendants. | * | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama for Civil and Criminal Cases (effective January 1, 1998), Stephanie Cohen of the law firm White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036 (telephone: 212-819-8200; facsimile: 212-354-8113) respectfully moves for admission *pro hac vice* for purposes of appearing as counsel on behalf of Willie McNair herein, in the above-styled case only, and in support thereof states as follows:

1. The undersigned is admitted to practice before the United States District Court for the Southern District of New York, which is the district in which she regularly practices law. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

      2.      Contemporaneously with the filing of this request, the undersigned has provided the Court with the requisite fee in the total amount of $20.00.

                                          Respectfully submitted,

                                          */s/ Stephanie Cohen*
                                          STEPHANIE COHEN
                                          Bar Number: SM7006 (SDNY)
                                          Counsel for Plaintiff

                                          White & Case LLP
                                          1155 Avenue of the Americas
                                          New York, NY  10036
                                          Telephone: (212) 819-8200
                                          Facsimile: (212) 354-8113
                                          E-mail: stephcohen@whitecase.com

November 16, 2006

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

__STEPHANIE LYNN COHEN__, Bar # ____SC7006____

was duly admitted to practice in this Court on

__JUNE 17th, 2003__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York        on    OCTOBER 23rd, 2006

**J. MICHAEL McMAHON**                    by: _[signature]_
     Clerk                                      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCNAIR, | * | |
| Plaintiff, | * | |
| v. | * | |
| RICHARD ALLEN, Commissioner,<br>Alabama Department of Corrections, | * | |
| GRANTT CULLIVER, Warden,<br>Holman Correctional Facility, and | * | Case No. 2:06-cv-695-WKW-SRW |
| OTHER UNKNOWN EMPLOYEES<br>AND AGENTS,<br>Alabama Department of Corrections, | * | |
| Individually, and in their<br>official capacities. | * | |
| Defendants. | * | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Stephanie Cohen, counsel for Willie McNair, for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES, and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Montgomery, Alabama, this ____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA

# CERTIFICATE OF SERVICE

I, Stephanie Cohen, do hereby certify that on the 15 day of November 2006 I served the attached MOTION TO APPEAR PRO HAC VICE by first class mail to:

Troy King
Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

J. Clayton Crenshaw
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

James W. Davis
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Stephanie Cohen