# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

|  |  |  |
|---|---|---|
| WILLIE MCNAIR | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06-cv-695-WKW-SRW |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

RECEIVED

2006 NOV 16  A 11: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama for Civil and Criminal Cases (effective January 1, 1998), Vincent R. FitzPatrick, Jr., of the law firm White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036 (telephone: 212-819-8200; facsimile: 212-354-8113) respectfully moves for admission *pro hac vice* for purposes of appearing as counsel on behalf of Willie McNair herein, in the above-styled case only, and in support thereof states as follows:

1.      The undersigned is admitted to practice before the United States District Court for the Southern District of New York, which is the district in which he regularly practices law. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

2.     Contemporaneously with the filing of this request, the undersigned has provided the Court with the requisite fee in the total amount of $20.00.

Respectfully submitted,

VINCENT R. FITZPATRICK, JR.
Bar Number: VF2907 (SDNY)
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: vfitzpatrick@whitecase.com

November 16, 2006

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of
### Good Standing

I, _____ J. Michael McMahon _____ , Clerk of this Court, certify that

_____ VINCENT  R.  FITZPATRICK _____ , Bar # _____ VF2907 _____

was duly admitted to practice in this Court on

_____ OCTOBER  31st,   1972 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at _____ 500 Pearl Street
New York, New York _____     on _____ OCTOBER  23rd, 2006 _____

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCNAIR | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06-cv-695-WKW-SRW |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Vincent R. FitzPatrick, Jr.,

counsel for Willie McNair, for permission to appear and participate *pro hac vice* in the above-

styled case. Being fully advised, the Court

ORDERS, ADJUDGES, and DECREES that said motion be, and the same is hereby,

GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse,

Montgomery, Alabama, this _____ day of _____, 2006.


_____

U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA

# CERTIFICATE OF SERVICE

I, Stephanie Cohen, do hereby certify that on the 15 day of November 2006 I served the attached MOTION TO APPEAR PRO HAC VICE by first class mail to:

Troy King
Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130

J. Clayton Crenshaw
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130

James W. Davis
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130

Stephanie Cohen