IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-695-WKW |
| | ) |
| RICHARD ALLEN, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Upon consideration of the motions for Vincent R. Fitzpatrick, Stephanie Lynn Cohen and Heather K. McDevitt to appear pro hac vice (Docs. #20, 21 & 22) filed on November 16, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 17th day of November, 2006.

                                                  /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE