IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

❏ Northern   ❏ Southern   ❏ Eastern

HON. W. Keith Watkins   AT Montgomery, Alabama
DATE COMMENCED 11-28-2006   @ 10:00  ☑ a.m. ❏ p.m
DATE COMPLETED 11-28-2006   @ 10:25  ☑ a.m. ❏ p.m

CASE NO. 2:06cv695-WKW

MCNAIR   vs.   ALLEN, ET AL.
Plaintiff(s)              Defendant(s)

APPEARANCES

Plaintiff(s)/Government          Defendant(s)
Cathleen Price                   James Crenshaw
Randall Susskind                 James Davis

COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. long, Jr.,     Crt Rptr: Risa Entrekin
Law Clerk:                       Interpreter:
USPO/USPTS:                      Other:

PROCEEDINGS:

- ☑ Motion Hearing:
- ☑ Status Conference
- ❏ Revocation
- ❏ Settlement Conference
- ❏ Non-Jury Trial
- ❏ Other
- ❏ Oral Argument
- ❏ Scheduling Conf.
- ❏ Telephone Conf.
- ❏ Revocation/Prtrl/SupvRel/Prob
- ❏ Evidentiary Hrg.
- ❏ Show Cause
- ❏ Sentencing

❏ Pretrial Conference
Pending Motions:
Discovery Status              Plea Status
Trial Status/Length           Trial Term:

10:00am   Court convenes.
          Court addresses parties

Page: 2
Date: 11-28-2006
Case No: 2:06cv695-WKW

10:11am  Counsel.
Counsel addresses Court.
Parties to submit proposed protective order.
10:25am  Court is recessed.