IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, et al., )<br>)<br>Defendants/Counter-Plaintiffs. )<br>_____ )<br>)<br>JAMES CALLAHAN, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, et al., )<br>)<br>Defendants/Counter-Plaintiffs. ) | Case No. 2:06-cv-695-WKW<br><br><br><br><br><br>Case No. 2:06-cv-919-WKW |

## **ORDER**

On November 28, 2006, the court entered an order (Doc. # 26) directing, among other things, that the defendants file with the court a copy of the execution protocol at issue in this case. *See* Order, at 3 ("The defendants shall also file a copy of the execution protocol when they file their amended answer."). The court notes that the defendants filed their amended answer on December 21, 2006, but have failed to file a copy of the execution protocol. It is ORDERED that, **on or before January 24, 2007,** the defendants shall either show cause in writing why they have failed to comply with an order of this court or file the execution protocol under seal pursuant to the confidentiality order.

Done this 16th day of January, 2007.

                                          /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE