UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695 |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## UNOPPOSED MOTION FOR AN ORDER CONTINUING PRE-TRIAL AND TRIAL DATES

PLEASE TAKE NOTICE that Plaintiffs in the above-titled action, by their attorneys, move this Court for an order continuing the pre-trial and trial dates set by the Court in its November 28, 2006 Scheduling Order ("Scheduling Order"). In support of this motion, the Plaintiffs state the following:

1. Counsel for the parties regularly have conferred regarding Defendants' ongoing efforts to comply with Plaintiffs' discovery requests to date and Plaintiffs' attempts to conduct discovery and meet deadlines in the Scheduling Order. The parties diligently are working to move this matter forward.

2. On December 12, 2006, the parties exchanged Rule 26(a)(1) initial disclosures. On December 22, 2006, Plaintiffs served Defendants with their first set of interrogatories and requests for production of documents. Defendants' responses were due on January 11, 2007. Report of Parties' Planning Meeting at ¶¶ 3-4, Nov. 27, 2006.

3. Counsel for Defendants conferred with undersigned counsel on a number of occasions to apprise them of the status of the document collection process and other discovery-related issues. Defendants requested that their time to respond be extended to February 19, 2007, but at Plaintiffs' request ultimately were able to serve Plaintiffs with responses to Plaintiffs' first set of interrogatories on February 8, 2007 and responses to Plaintiffs' first requests for production of documents on February 19, 2007.

4. Defendants, despite what Plaintiffs' counsel believe are diligent efforts, still have not produced documents responsive to Plaintiffs' first request for production of documents. Without such documents, Plaintiffs are unable to move forward in discovery and assess the need for motion practice as to any deficiencies in the document production, as well as pursue follow up requests and ultimately take depositions. Counsel for Defendants have stated, however, that they anticipate responsive documents will be sent to Plaintiffs' counsel by March 2, 2007. Even if Defendants are able to produce documents responsive to the first set of requests by March 2, however, the current fact discovery cutoff of March 31 does not leave adequate time for Plaintiffs to fully and fairly assess and complete this stage of discovery in this important matter.

5. Additionally, Defendants have not yet been able to produce responsive medical records and apprised Plaintiffs that an order from this Court pursuant to HIPAA is desirable to facilitate this process. Plaintiffs have prepared a joint motion seeking an order allowing disclosure of protected medical information under HIPAA and are filing it with this Court today.

6. Under the circumstances, Plaintiffs have determined that to properly conduct and complete discovery and prepare this matter for trial, a 90-day extension of the dates currently set forth in the Scheduling Order is necessary.

7. Counsel for Plaintiffs have conferred with counsel for Defendants as to this request and Defendants have stated that they do not oppose such a 90-day extension.

WHEREAS, Plaintiffs respectfully request a 90-day continuance of the pre-trial and trial calendar and hereby submit a proposed form of Order reflecting revised dates for the Court's consideration.

Respectfully submitted,

Date: March 1, 2007

/s Heather K. McDevitt
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

- and by -

/s Randall S. Susskind

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiffs Willie McNair
and James Callahan

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

## CERTIFICATE OF SERVICE

I certify that on March 1, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Clayton Crenshaw and James W. Davis.

                                        /s Stephanie Cohen
                                        STEPHANIE COHEN
                                        Bar Number (SDNY): SM7006
                                        Counsel for Plaintiff Willie McNair

                                        White & Case LLP
                                        1155 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone: (212) 819-8200
                                        Facsimile: (212) 354-8113
                                        stephcohen@whitecase.com

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCNAIR, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-695-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| ──────────────────────────── | ) | |
| JAMES CALLAHAN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-919-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

**PROPOSED ORDER CONTINUING PRE-TRIAL AND TRIAL DATES**

Upon consideration of the Plaintiffs' Unopposed Motion for an Order Continuing Pre-Trial and Trial Dates, filed on March 1, 2007, it is hereby

ORDERED that the motion be GRANTED, and that the interim pre-trial deadlines and trial date be set in accordance with the following schedule.

DONE this __ day of _____, 2007.

JUDGE: _____
WILLIAM KEITH WATKINS
UNITED STATES DISTRICT JUDGE

| Item | Scheduling Order Deadline | Revised Deadline |
|---|---|---|
| Motions to Amend Pleadings and Add Parties | February 28, 2007 | May 29, 2007 |
| Fact Discovery Completed | March 30, 2007 | June 28, 2007 |
| Disclosure of Possible Fact and Expert Witnesses and Provision of Expert Reports | April 6, 2007 | July 6, 2007 |
| Rule 26(e) Supplementations Due | April 20, 2007 | July 20, 2007 |
| Expert Discovery Completed | April 30, 2007 | July 30, 2007 |
| Settlement Conference | May 21, 2007 | August 20, 2007 |
| Plaintiff's Counsel to File "Notice Concerning Settlement Conference and Mediation" | May 28, 2007 | August 27, 2007 |
| Last Day to File Dispositive Motions | May 28, 2007 | August 16, 2007 |
| File Rule 26(a)(3) Information on Witnesses; File Deposition Designations; File Exhibit Lists and Furnish Opposing Counsel with Exhibits and Tangible Evidence | May 28, 2007 | August 16, 2007 |
| File Responsive Deposition Designations | June 4, 2007 | August 23, 2007 |
| File Rebuttal Deposition Designations | June 7, 2007 | August 28, 2007 |
| Pre-Trial Conference | May 31, 2007 | August 29, 2007 |
| File Written Objections to Deposition Designations; File Written Objections to Exhibits and Tangible Evidence | June 11, 2007 | September 10, 2007 |
| Trial Date | June 25, 2007 | September 24, 2007[1] |

---

[1] Plaintiffs calculate a 90-day continuance of the trial date as September 24, 2007.  Upon review of this Court's trial term, Plaintiffs note that the next trial term commences on October 15, 2007.  If there is no time on the Court's calendar on or around the September 24 date, Plaintiffs request trial be set for October 15, 2007.