IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-695-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|    Defendants/Counter-Plaintiffs. | ) |
| _____ | ) |
| | ) |
| JAMES CALLAHAN, | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-919-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|    Defendants/Counter-Plaintiffs. | ) |

## **ORDER**

Upon consideration of the plaintiffs' Unopposed Motion for an Order Continuing Pre-trial and Trial Dates (Doc. # 38), it is ORDERED that the motion is GRANTED.

The deadline for:

- Motions to Amend Pleadings and Add Parties is continued from February 28, 2007, to **May 29, 2007**;

- Completion of fact discovery is continued from March 30, 2007 to **June 28, 2007**;

- Disclosure of Possible Fact and Expert Witnesses and Provision of Expert Reports is continued from April 6, 2007, to **July 6, 2007**;

- Rule 26(e) Supplementations is continued from April 20, 2007, to **July 20, 2007**;

- Completion of Expert Discovery is continued from April 30, 2007, to **July 30, 2007**;

- Settlement Conference is continued from May 21, 2007, to **August 20, 2007**;

- Plaintiff's Counsel to File "Notice Concerning Settlement Conference and Mediation" is continued from May 28, 2007, to **August 27, 2007**;

- Dispositive Motions is continued from May 28, 2007, to **August 16, 2007**;

- Filing Rule 26(a)(3) Information on Witnesses; Deposition Designations; Exhibit Lists and Furnishing Opposing Counsel with Exhibits and Tangible Evidence is continued from May 28, 2007, to **August 16, 2007**;

- Filing Responsive Deposition Designations is continued from June 4, 2007, to **August 23, 2007**;

- Filing Rebuttal Deposition Designations June is continued from June 7, 2007, to **August 28, 2007**;

- Pre-Trial Conference is continued from May 31, 2007, to **August 29, 2007**;

- Filing Written Objections to Deposition Designations and Exhibits and Tangible Evidence is continued from June 11, 2007, to **September 10, 2007**; and

- Trial Date is continued from June 25, 2007, to **October 2, 2007.**

DONE this 8th day of March, 2007.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE