IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| _____ ) | |
| ) | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## **ORDER**

With respect to the pending dispositive motion, the parties are DIRECTED to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

DONE this 12th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE