IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| _____ ) | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Submit Additional Grounds and Authority (Doc. # 52), it is ORDERED that the motion is GRANTED.

Upon consideration of the defendants' Motion for Summary Dismissal Based on the Doctrine of Laches (Doc. # 53), it is ORDERED that the plaintiff shall file a response **on or before May 1, 2007.**

Done this 24thday of April, 2007.

                       /s/  W.  Keith Watkins
                       UNITED STATES DISTRICT JUDGE