# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 2:06-cv-00695-WKW-CSC |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Deparment of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| _____ | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 2:06-cv-00919-WKW-CSC |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

**DEFENDANTS' RESPONSE TO COURT'S ORDER
ENTERED ON APRIL 30, 2007**

In response to this Court's order, see *Doc. 55*, the State of Alabama has not requested execution dates for Willie McNair or James Callahan. However, it is the

State of Alabama's present intention to file such motions by May 15, 2007.

                Respectfully submitted,

                TROY KING
                ALABAMA ATTORNEY GENERAL

                /s/ J. CLAYTON CRENSHAW
                J. CLAYTON CRENSHAW
                ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of May, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., and Heather K. McDevitt.**

                /s/ J. CLAYTON CRENSHAW
                J. CLAYTON CRENSHAW
                ASSISTANT ATTORNEY GENERAL

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7423 Office
(334) 353-3637 Fax
ccrenshaw@ago.state.al.us