## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00695-WKW-CSC |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Deparment of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned, Jasper B. Roberts, and enters his appearance as counsel for the State of Alabama in the above-styled cause.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL


    /s/ JASPER B. ROBERTS
    JASPER B. ROBERTS
    ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., and Heather K. McDevitt.**

          /s/ JASPER B. ROBERTS
           JASPER B. ROBERTS
           ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7300