IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Willie McNair, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06cv695-WKW
)
Richard Allen, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Grantt Culliver, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [x] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Holman Correctional Facility | Warden |

6/20/2007
Date

/s/ J. Clayton Crenshaw
(Signature)

J. Clayton Crenshaw
(Counsel's Name)

Richard Allen, Grantt Culliver
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

(334) 242-7423
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, _J. Clayton Crenshaw_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _CM/ECF System_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _20th___ day of _June_____ 20_07_, to:

Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., Heather K. McDevitt,

Randall Susskind, and Cathleen Price

6/20/2007                                              /s/ J. Clayton Crenshaw
     Date                                                    Signature