IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
|     Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv695-WKW |
| ) | |
| RICHARD ALLEN, *et al*., ) | |
| ) | |
|     Defendants/Counter-Plaintiffs. ) | |

_____

| | |
|---|---|
| JAMES CALLAHAN, ) | |
| ) | |
|     Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv919-WKW |
| ) | |
| RICHARD ALLEN, *et al*., ) | |
| ) | |
|     Defendants/Counter-Plaintiffs. ) | |

**ORDER**

Upon consideration of the defendants' motion to compel responses to interrogatories (doc. # 78), it is

ORDERED that on or before August 17, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 6th day of August, 2007.

                                    /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE