**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| WILLIE MCNAIR, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 2:06-cv-00695-WKW-CSC |
| | ) | |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, et al., | ) ) ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | | |
| JAMES CALLAHAN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No. 2:06-cv-00919-WKW-CSC |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Plaintiffs respectfully submit this notice regarding efforts to reach settlement in this matter. Plaintiffs and Defendants have met, participated in follow-up telephone calls and continue to discuss ways to resolve the matter. The parties will keep the Court apprised of their progress or lack thereof in resolving this dispute.

Date: August 27, 2007

      /s/ Vincent R. FitzPatrick, Jr.
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

      - and -

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiffs Willie McNair
and James Callahan

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

**CERTIFICATE OF SERVICE**

      I certify that on August 27, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: J. Clayton Crenshaw, James W. Davis, Corey Maze and Jasper Roberts.

      /s/ Tricia Marlar
Tricia C. Marlar

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
tmarlar@whitecase.com