IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 2:06-cv-00695-WKW-CSC |
| ) | |
| RICHARD ALLEN, Commissioner, ) | |
| Alabama Deparment of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

| | |
|---|---|
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | No. 2:06-cv-00919-WKW-CSC |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

**DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY**

Defendants Richard Allen, Commissioner, and Grantt Culliver, Warden, pursuant to the Court's scheduling order, designates the following deposition excerpts which Defendants intend to use at trial:

1. Deposition of Warden Grantt Culliver

   Entire deposition and all exhibits.

2. Deposition of DOC-1

   Entire deposition and all exhibits.

3. Deposition of DOC-2

   Entire deposition and all exhibits.

4. Deposition of EMT-1

   Entire deposition and all exhibits.

5. Deposition of EMT-2

   Entire deposition and all exhibits.

6. Deposition of RN

   Entire deposition and all exhibits.

7. Deposition of Dr. Mark Heath

   By agreement of the parties, expert depositions will be taken in the coming weeks. Defendants cannot designate specific excerpts at this time, and reserves the right to use, or object to the use, of any portion of the expert depositions.

8. Deposition of Dr. Mark Dershwitz

   By agreement of the parties, expert depositions will be taken in the coming weeks. Defendants cannot designate specific excerpts at this time, and reserves the right to use, or object to the use, of any portion of the expert depositions.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ J. Clayton Crenshaw**
J. Clayton Crenshaw  (CRE007)
Assistant Attorney General

**s/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us
        jimdavis@ago.state.al.us

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of September, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Randall S. Susskind
Cathleen I. Price
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
cprice@eji.org
rsusskind@eji.org

Vincent R. Fitzpatrick, Jr. (SDNY Bar No. VF2907)
Heather K. Mcdevitt (SDNY Bar No. HM9973)
Stephanie Cohen (SDNY Bar No. SM7006)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com


OF COUNSEL

**S/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General
office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  jimdavis@ago.state.al.us