**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| WILLIE MCNAIR,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>RICHARD ALLEN, et al.,<br><br>Defendants/Counter-Plaintiffs. | ) | Case No. 2:06-cv-695-WKW |
| JAMES CALLAHAN,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>RICHARD ALLEN, et al.,<br><br>Defendants/Counter-Plaintiffs. | ) | Case No. 2:06-cv-919-WKW |

**PLAINTIFFS' DEPOSITION DESIGNATIONS**

James Callahan and Willie McNair (the "Plaintiffs") hereby submit the following fact witness deposition designations. Plaintiffs reserve the right at trial to use only selected portions of a witness' deposition designation, to call a witness live instead of by deposition designation, or to not use at all a deposition designation for a particular witness. Plaintiffs reserve the right to designate expert deposition testimony following the completion of expert depositions.

Deposition of Warden Culliver
Taken March 27, 2007

Page 07 Line 14 through Page 07 Line 16

Page 08 Line 17 through Page 09 Line 10

Page 12 Line 23 through Page 13 Line 07

Page 13 Line 13 through Page 14 Line 02

Page 14 Line 05 through Page 16 Line 18

Page 17 Line 01 through Page 17 Line 06

Page 18 Line 20 through Page 22 Line 04

Page 23 Line 10 through Page 26 Line 18

Page 35 Line 06 through Page 37 Line 04

Page 37 Line 12 through Page 38 Line 07

Page 38 Line 20 through Page 39 Line 02

Page 39 Line 08 through Page 43 Line 22

Page 44 Line 22 through Page 45 Line 05

Page 46 Line 09 through Page 61 Line 12

Page 61 Line 23 through Page 65 Line 03

Page 65 Line 08 through Page 66 Line 03

Page 66 Line 23 through Page 68 Line 15

Page 69 Line 12 through Page 69 Line 19

Page 70 Line 14 through Page 71 Line 08

Page 71 Line 18 through Page 74 Line 23

Page 75 Line 07 through Page 75 Line 09

Page 75 Line 24 through Page 76 Line 20

Page 79 Line 23 through Page 80 Line 06

Page 80 Line 12 through Page 81 Line 05

Page 81 Line 13 through Page 83 Line 05

Page 84 Line 14 through Page 86 Line 23

Page 87 Line 14 through Page 88 Line 06

Page 89 Line 17 through Page 89 Line 22

Page 90 Line 14 through Page 91 Line 04

Page 91 Line 23 through Page 92 Line 21

Page 93 Line 09 through Page 94 Line 17

Page 96 Line 09 through Page 98 Line 04

Page 101 Line 25 through Page 104 Line 04

Page 105 Line 11 through Page 106 Line 03

Page 106 Line 06 through Page 106 Line 16

Page 107 Line 05 through Page 107 Line 19

Page 108 Line 04 through Page 108 Line 19

Deposition of DOC-1
Taken August 7, 2007

Page 06 Line 15 through Page 06 Line 17

Page 07 Line 20 through Page 08 Line 05

Page 08 Line 17 through Page 09 Line 08

Page 09 Line 09 through Page 10 Line 01

Page 10 Line 20 through Page 11 Line 09

Page 11 Line 13 through Page 11 Line 17

Page 13 Line 04 through Page 14 Line 23

Page 15 Line 12 through Page 24 Line 01

Page 24 Line 20 through Page 26 Line 10

Page 26 Line 21 through Page 29 Line 21

Page 31 Line 03 through Page 31 Line 16

Page 31 Line 24 through Page 33 Line 04

Page 33 Line 20 through Page 34 Line 16

Page 35 Line 04 through Page 35 Line 07

Page 35 Line 12 through Page 36 Line 22

Deposition of DOC-2
Taken August 7, 2007

Page 06 Line 15 through Page 06 Line 17

Page 07 Line 16 through Page 07 Line 19

Page 07 Line 24 through Page 08 Line 02

Page 08 Line 12 through Page 08 Line 15

Page 10 Line 08 through Page 12 Line 13

Page 12 Line 19 through Page 12 Line 22

Page 13 Line 08 through Page 17 Line 03

Page 17 Line 10 through Page 20 Line 09

Page 20 Line 18 through Page 26 Line 23

Page 27 Line 13 through Page 27 Line 19

Page 28 Line 15 through Page 28 Line 21

Page 29 Line 14 through Page 30 Line 03

Page 31 Line 04 through Page 31 Line 21

Page 32 Line 06 through Page 32 Line 21

Page 34 Line 23 through Page 35 Line 21

Page 35 Line 25 through Page 36 Line 13

Page 36 Line 19 through Page 37 Line 23

Page 38 Line 14 through Page 39 Line 06

Page 43 Line 12 through Page 44 Line 14

Page 44 Line 22 through Page 45 Line 25

Page 46 Line 23 through Page 47 Line 11

Deposition of EMT-1
Taken August 13, 2007

Page 06 Line 14 through Page 06 Line 16

Page 07 Line 20 through Page 08 Line 14

Page 09 Line 04 through Page 09 Line 11

Page 10 Line 11 through Page 10 Line 22

Page 11 Line 12 through Page 12 Line 04

Page 13 Line 05 through Page 13 Line 22

Page 14 Line 14 through Page 14 Line 20

Page 14 Line 24 through Page 17 Line 05

Page 19 Line 03 through Page 20 Line 20

Page 21 Line 02 through Page 21 Line 18

Page 21 Line 21 through Page 21 Line 25

Page 22 Line 14 through Page 23 Line 07

Page 24 Line 17 through Page 25 Line 18

Page 25 Line 24 through Page 26 Line 20

Page 27 Line 04 through Page 27 Line 21

Page 28 Line 07 through Page 29 Line 02

Page 29 Line 19 through Page 30 Line 08

Page 30 Line 12 through Page 31 Line 19

Page 32 Line 04 through Page 38 Line 08

Page 39 Line 03 through Page 39 Line 06

Page 39 Line 14 through Page 40 Line 15

Page 40 Line 19 through Page 41 Line 08

Page 46 Line 10 through Page 46 Line 24

Deposition of EMT-2
Taken August 23, 2007

Page 06 Line 01 through Page 06 Line 16

Page 08 Line 04 through Page 08 Line 15

Page 09 Line 14 through Page 09 Line 18

Page 10 Line 16 through Page 15 Line 22

Page 19 Line 16 through Page 22 Line 04

Page 22 Line 10 through Page 24 Line 04

Deposition of RN
Taken August 15, 2007

Page 06 Line 15 through Page 06 Line 17

Page 08 Line 16 through Page 09 Line 06

Page 09 Line 23 through Page 12 Line 15

Page 13 Line 05 through Page 13 Line 07

Page 13 Line 13 through Page 14 Line 03

Page 15 Line 10 through Page 15 Line 14

Page 15 Line 18 through Page 16 Line 10

Page 17 Line 01 through Page 17 Line 06

Page 17 Line 11 through Page 17 Line 19

Page 19 Line 01 through Page 20 Line 03

Page 20 Line 24 through Page 23 Line 06

Page 23 Line 13 through Page 23 Line 16

Page 23 Line 22 through Page 23 Line 25

Page 27 Line 21 through Page 28 Line 07

Date: September 12, 2007

/s/ Vincent R. FitzPatrick, Jr.
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

- and -

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiffs Willie McNair
and James Callahan

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Clayton Crenshaw, James W. Davis, Corey Maze and Jasper Roberts.

/s/ Stephanie Cohen
STEPHANIE COHEN
Bar Number (SDNY): SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
stephcohen@whitecase.com