IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00695-WKW-CSC |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

| | |
|---|---|
| JAMES CALLAHAN, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00919-WKW-CSC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Defendant will take the deposition of **Dr. Mark Heath** upon oral examination on **Sunday, September 23, 2007** beginning at **10:00 (EST)** at the Office of White & Case, 1155 Avenue of the Americas, New York, NY 10036, and shall continue from time to time until completed. This deposition shall be conducted before a Notary Public, Court Reporter, or other officer authorized by law to administer oaths. This deposition will be taken for the purpose of discovery, for use as evidence in the hearing of this action, and/or for other purposes as provided by the applicable Federal Rules of Civil Procedure.

Respectfully submitted,

**TROY KING (KIN047)
ATTORNEY GENERAL
BY:**

**s/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General

J. Clayton Crenshaw  (CRE007)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us
        jimdavis@ago.state.al.us

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Randall S. Susskind
Cathleen I. Price
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
cprice@eji.org
rsusskind@eji.org

Vincent R. Fitzpatrick, Jr. (SDNY Bar No. VF2907)
Heather K. Mcdevitt (SDNY Bar No. HM9973)
Stephanie Cohen (SDNY Bar No. SM7006)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com


OF COUNSEL

**S/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General
office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  jimdavis@ago.state.al.us