## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-695-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|    Defendants/Counter-Plaintiffs. | ) |
| _____ | ) |
| | ) |
| JAMES CALLAHAN, | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-919-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|    Defendants/Counter-Plaintiffs. | ) |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS DESIGNATION OF DEPOSITION TESTIMONY

| **Grantt Culliver** | **Plaintiffs' Objections** |
|---|---|
| Entire Deposition | FRE 801, 802, FRCP 32. Plaintiffs object to the designation of Grantt Culliver's entire deposition on the basis that such testimony is hearsay as to Defendants and not subject to any exception. Plaintiffs further object to the designation of Grantt Culliver's entire deposition on the basis that it is also inadmissible under Federal Rule of Civil Procedure 32. |

| **EMT-1** | **Plaintiffs' Objections** |
|---|---|
| Entire Deposition | FRE 801, 802, FRCP 32. Plaintiffs object to the designation of EMT-1's entire deposition |

|  | on the basis that such testimony is hearsay as to Defendants and not subject to any exception. Plaintiffs further object to the designation of EMT-1's entire deposition on the basis that it is also inadmissible under Federal Rule of Civil Procedure 32. |
|---|---|

| **EMT-2** | **Plaintiffs' Objections** |
|---|---|
| Entire Deposition | FRE 801, 802, FRCP 32.  Plaintiffs object to the designation of EMT-2's entire deposition on the basis that such testimony is hearsay as to Defendants and not subject to any exception. Plaintiffs further object to the designation of EMT-2's entire deposition on the basis that it is also inadmissible under Federal Rule of Civil Procedure 32. |

| **DOC-1, DOC-2 and RN** | **Plaintiffs' Objection** |
|---|---|
| Entire Depositions | FRE 801, 802, FRCP 32.  Plaintiffs object to the designation of the entire depositions of DOC-1, DOC-2 and RN on the basis that such testimony is hearsay as to Defendants and not subject to any exception.  Plaintiffs further object to the designation of these depositions on the basis that they are also inadmissible under Federal Rule of Civil Procedure 32. Notwithstanding these objections, Plaintiffs expect to resolve the use of these deposition transcripts in lieu of live testimony through negotiations with the Defendants. |

| **DOC-1** | **Plaintiffs' Objection** |
|---|---|
| 39:19-40:02 | FRE 611(c).  Plaintiffs object to the indicated testimony of DOC-1 on the basis that Defendants' counsel's question is an improper leading question.  Objection preserved on deposition transcript. |

| | |
|---|---|
| 41:14-41:21 | FRE 611(c). Plaintiffs object to the indicated testimony of DOC-1 on the basis that Defendants' counsel's question is an improper leading question. Objection preserved on deposition transcript. |
| 42:06-42:11 | FRE 611(c). Plaintiffs object to the indicated testimony of DOC-1 on the basis that Defendants' counsel's question is an improper leading question. Objection preserved on deposition transcript. |

| **RN** | **Plaintiffs' Objection** |
|---|---|
| 27:21-28:01 | FRE 611(a). Plaintiffs object to the indicated testimony of RN on the basis that Defendants' counsel's question is an improper question that is vague and ambiguous. Objection preserved on deposition transcript. |

Date:   September 19, 2007

/s/Vincent R. FitzPatrick, Jr.
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

- and -

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiffs Willie McNair
and James Callahan

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

5

## CERTIFICATE OF SERVICE

I certify that on September 20, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: J. Clayton Crenshaw, James W. Davis, Corey Maze and Jasper Roberts.

/s/ Tricia Marlar
Tricia C. Marlar

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
tmarlar@whitecase.com