IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00695-WKW-CSC |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Deparment of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |

| | |
|---|---|
| JAMES CALLAHAN, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00919-WKW-CSC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |

**DEFENDANTS' EXHIBIT LIST**

Pursuant to the Court's scheduling order, Defendants submit the following list of exhibits the Defendants expect to use at trial:

1. Curriculum vitae of Dr. Mark Dershwitz

2. Affidavit of Dr. Mark Derswhitz and exhibits

3. Alabama's current Confidential Execution Procedures, redacted

4. Transcript of the Deposition of Warden Grantt Culliver and exhibits thereto.

5. Transcript of the Deposition of DOC-1 and exhibits thereto.

6. Transcript of the Deposition of DOC-2 and exhibits thereto.

7. Transcript of the Deposition of EMT-1 and exhibits thereto.

8. Transcript of the Deposition of EMT-2 and exhibits thereto.

9. Transcript of the Deposition of RN and exhibits thereto.

10. Defendants' Responses to Plaintiffs' First Set of Interrogatories.

11. Defendants' Responses to Plaintiffs' Revised and Supplemental First Set of Interrogatories.

12. Plaintiffs' responses and revised responses to Defendants' interrogatory requests.

13. Affidavit of Warden Grantt Culliver (attached as Tab C to Defendants' Evidentiary Submission filed in support of Defendants' Motion for Summary Judgment).

14. Affidavit of Anne Adams (attached as Tab B to Defendants' Evidentiary Submission filed in support of Defendants' Motion for Summary Judgment).

15. Affidavit of James R. Houts (attached as Tab D to Defendants' Evidentiary Submission filed in support of Defendants' Motion for Summary Judgment).

16. Affidavit of Dr. Gail Golab.

17. Execution logs for each person executed by lethal injection in the State of Alabama.

18. Autopsy reports for each person executed by lethal injection in the State of Alabama.

19. Transcripts of the depositions of the Defendants' expert witness(es) and exhibits thereto.

20. Transcripts of the depositions of the Plaintiffs' expert witness(es) and exhibits thereto.

21. Declarations and transcripts of testimony provided by Plaintiffs' expert witness(es) in other litigation, and exhibits thereto.

22. Defendants reserve the right to offer additional exhibits for purposes of impeachment or rebuttal.

23. Defendants reserve the right to offer as exhibits those items listed on the Plaintiffs' exhibit list(s).

24. Defendants reserve the right to amend or supplement this list after designation of expert witnesses, submission of expert reports, and expert witness depositions.

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**


**s/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General

J. Clayton Crenshaw  (CRE007)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us
jimdavis@ago.state.al.us

3

**CERTIFICATE OF SERVICE**

This is to certify that on the 20th day of September, 2007, a copy of the foregoing has been served by electronic mail to the following:

Randall S. Susskind
Cathleen I. Price
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
cprice@eji.org
rsusskind@eji.org

Vincent R. Fitzpatrick, Jr. (SDNY Bar No. VF2907)
Heather K. Mcdevitt (SDNY Bar No. HM9973)
Stephanie Cohen (SDNY Bar No. SM7006)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

OF COUNSEL

**S/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General
office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  jimdavis@ago.state.al.us