IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants/Counter-Plaintiffs. ) | |
| _____ ) | |
| JAMES CALLAHAN, ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants/Counter-Plaintiffs. ) | |

**ORDER**

In light of the expert depositions taken recently, the parties may, but are not required to, supplement their summary judgment briefing **on or before September 27, 2007.**

It is so ORDERED.

DONE this 24th day of September, 2007.

                                            /s/   W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE