IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| WILLIE MCNAIR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff/Counter-Defendant, | ) |  |
|  | ) |  |
| v. | ) | Case No. 2:06-cv-695-WKW |
|  | ) |  |
| RICHARD ALLEN, et al., | ) |  |
|  | ) |  |
| Defendants/Counter-Plaintiffs. | ) |  |
| _____ | ) |  |
|  | ) |  |
| JAMES CALLAHAN, | ) |  |
|  | ) |  |
| Plaintiff/Counter-Defendant, | ) |  |
|  | ) |  |
| v. | ) | Case No. 2:06-cv-919-WKW |
|  | ) |  |
| RICHARD ALLEN, et al., | ) |  |
|  | ) |  |
| Defendants/Counter-Plaintiffs. | ) |  |

**JOINT EXHIBIT LIST WITH OBJECTIONS**

James Callahan and Willie McNair (the "Plaintiffs") and Richard Allen, et al. (the "Defendants") expect to present at trial the exhibits listed below. Both parties reserve the right to offer additional exhibits for purposes of impeachment or rebuttal. Both parties also reserve the right to amend or supplement this list as necessary. Both parties further reserve the right to seek introduction into evidence the autopsy reports of Larry Hutcherson and Aaron Jones, and the execution logs and autopsy reports of Darrell Grayson and Luther Williams, should they become available before trial.

As to the following exhibits, neither party objects.

**JOINT EXHIBITS**

| Joint Exhibit # | Document Description | Beginning Bates No. | Ending Bates No. |
|---|---|---|---|
| JX-1 | State of Alabama Execution Procedures as Redacted by Defendants (Revised) | DEF000904 | DEF000922 |

| | | | |
|---|---|---|---|
| JX-2 | State of Alabama Execution Procedures as Redacted by Defendants (Prior Version) | DEF000938 | DEF000956 |
| JX-3 | State of Georgia Controlled Chemical Handling Procedures for Execution by Lethal Injection | DEF000691 | DEF000696 |
| JX-4 | Gary Leon Brown Execution Log | DEF000016 | DEF000026 |
| JX-5 | Mario Centobie Execution Log | DEF000042 | DEF000055 |
| JX-6 | Tommy Fortenberry Execution Log | DEF000250 | DEF000265 |
| JX-7 | Jerry Henderson Execution Log | DEF000268 | DEF000278 |
| JX-8 | David Kevin Hocker Execution Log | DEF000311 | DEF000324 |
| JX-9 | James Barney Hubbard Execution Log | DEF000428 | DEF000442 |
| JX-10 | Larry Hutcherson Execution Log | DEF000532 | DEF000545 |
| JX-11 | Anthony Keith Johnson Execution Log | DEF000623 | DEF000634 |
| JX-12 | John W. Peoples Execution Log | DEF000965 | DEF000979 |
| JX-13 | George Sibley Execution Log | DEF001036 | DEF001048 |
| JX-14 | Michael E. Thompson Execution Log | DEF001145 | DEF001155 |
| JX-15 | Aaron Jones Execution Log | DEF001418 | DEF001431 |
| JX-16 | Autopsy and Toxicological Analysis Reports for Tommy Fortenberry | DEF000178 | DEF000187 |
| JX-17 | Autopsy and Toxicological Analysis Reports for Anthony K. Johnson | DEF000602 | DEF000612 |
| JX-18 | News Media Questions to Alabama Correctional Officials | DEF000733 | DEF000742 |
| JX-19 | Schematic Diagram of Holman Prison Execution Area | DEF000687 | N/A |
| JX-20 | Two (2) compact discs (CDs) containing video of the March 26, 2007 inspection of the Holman Correctional Facility in Atmore, Alabama | MCNAIR000001 | MCNAIR000002 |
| JX-21 | Photograph of Holman Prison Death Chamber | MCNAIR000131 | N/A |

| | | | |
|---|---|---|---|
| JX-22 | Photograph of Holman Prison Death Chamber | MCNAIR000139 | N/A |
| JX-23 | Photograph of Holman Prison Death Chamber | MCNAIR000143 | N/A |
| JX-24 | Photograph of Holman Prison Death Chamber | MCNAIR000145 | N/A |
| JX-25 | Photograph of Holman Prison Control Room | MCNAIR000148 | N/A |
| JX-26 | Photograph of Holman Prison Control Room | MCNAIR000154 | N/A |
| JX-27 | Photograph of Holman Prison Control Room | MCNAIR000155 | N/A |
| JX-28 | Photograph of Holman Prison Control Room | MCNAIR000156 | N/A |
| JX-29 | Photograph of Holman Prison Control Room | MCNAIR000160 | N/A |
| JX-30 | Photograph of Holman Prison Control Room | MCNAIR000164 | N/A |
| JX-31 | Photograph of Holman Prison Control Room | MCNAIR000172 | N/A |
| JX-32 | Photograph of Holman Prison Control Room | MCNAIR000173 | N/A |
| JX-33 | Photograph of Holman Prison Control Room | MCNAIR000174 | N/A |
| JX-34 | Photograph of Holman Prison Control Room | MCNAIR000175 | N/A |
| JX-35 | Photograph of Holman Prison Control Room | MCNAIR000176 | N/A |
| JX-36 | Photograph of Holman Prison Control Room | MCNAIR000177 | N/A |
| JX-37 | Photograph of Holman Prison Control Room | MCNAIR000178 | N/A |
| JX-38 | Photograph of Holman Prison Control Room | MCNAIR000179 | N/A |
| JX-39 | Photograph of Holman Prison Control Room | MCNAIR000188 | N/A |
| JX-40 | Photograph of Holman Prison Control Room | MCNAIR000195 | N/A |
| JX-41 | Photograph of Holman Prison Control Room | MCNAIR000198 | N/A |
| JX-42 | Photograph of Holman Prison Control Room | MCNAIR000202 | N/A |
| JX-43 | Photograph of Holman Prison Control Room | MCNAIR000203 | N/A |
| JX-44 | Photograph of Holman Prison Death Chamber | MCNAIR000207 | N/A |
| JX-45 | Photograph of Holman Prison Death Chamber | MCNAIR000209 | N/A |
| JX-46 | Photograph of Holman Prison Death Chamber | MCNAIR000210 | N/A |
| JX-47 | Photograph of Holman Prison Death Chamber | MCNAIR000213 | N/A |
| JX-48 | Photograph of Holman Prison Death Chamber | MCNAIR000219 | N/A |
| JX-49 | Photograph of Holman Prison Control Room | MCNAIR000220 | N/A |
| JX-50 | Photograph of Holman Prison Control Room | MCNAIR000222 | N/A |
| JX-51 | Photograph of Holman Prison Control Room | MCNAIR000227 | N/A |
| JX-52 | Photograph of Holman Prison Control Room | MCNAIR000232 | N/A |
| JX-53 | Photograph of Holman Prison Control Room | MCNAIR000235 | N/A |
| JX-54 | Photograph of Holman Prison Control Room | MCNAIR000264 | N/A |
| JX-55 | Photograph of Holman Prison Control Room | MCNAIR000267 | N/A |
| JX-56 | Photograph of Holman Prison Death Chamber | MCNAIR000269 | N/A |
| JX-57 | Photograph of Holman Prison Control Room | MCNAIR000282 | N/A |
| JX-58 | Photograph of Holman Prison Control Room | MCNAIR000283 | N/A |
| JX-59 | Photograph of Holman Prison Control Room | MCNAIR000285 | N/A |
| JX-60 | Photograph of Holman Prison Control Room | MCNAIR000297 | N/A |
| JX-61 | Photograph of Holman Prison Control Room | MCNAIR000298 | N/A |
| JX-62 | Photograph of Holman Prison Control Room | MCNAIR000306 | N/A |
| JX-63 | Photograph of Holman Prison Control Room | MCNAIR000307 | N/A |
| JX-64 | Photograph of Holman Prison Control Room | MCNAIR000321 | N/A |
| JX-65 | Photograph of Holman Prison Control Room | MCNAIR000322 | N/A |
| JX-66 | Photograph of Holman Prison Control Room | MCNAIR000345 | N/A |

| | | | |
|---|---|---|---|
| JX-67 | Photograph of Holman Prison Control Room | MCNAIR000360 | N/A |
| JX-68 | Photograph of Holman Prison Control Room | MCNAIR000374 | N/A |
| JX-69 | Photograph of Holman Prison Control Room | MCNAIR000391 | N/A |
| JX-70 | Photograph of Holman Prison Control Room | MCNAIR000392 | N/A |
| JX-71 | Photograph of Holman Prison Control Room | MCNAIR000398 | N/A |
| JX-72 | Photograph of Holman Prison Control Room | MCNAIR000407 | N/A |
| JX-73 | Photograph of Holman Prison Control Room | MCNAIR000490 | N/A |
| JX-74 | Photograph of Holman Prison Control Room | MCNAIR000491 | N/A |
| JX-75 | Photograph of Holman Prison Control Room | MCNAIR000492 | N/A |
| JX-76 | Photograph of Holman Prison Control Room | MCNAIR000494 | N/A |
| JX-77 | Photograph of Holman Prison Control Room | MCNAIR000496 | N/A |
| JX-78 | Photograph of Holman Prison Control Room | MCNAIR000507 | N/A |
| JX-79 | Photograph of Holman Prison Control Room | MCNAIR000508 | N/A |
| JX-80 | Photograph of Holman Prison Control Room | MCNAIR000512 | N/A |
| JX-81 | Photograph of Holman Prison Control Room | MCNAIR000514 | N/A |
| JX-82 | Photograph of Holman Prison Death Chamber | MCNAIR000531 | N/A |
| JX-83 | Photograph of Holman Prison Death Chamber | MCNAIR000532 | N/A |
| JX-84 | Photograph of Holman Prison Death Chamber | MCNAIR000537 | N/A |
| JX-85 | Photograph of Holman Prison Death Chamber | MCNAIR000538 | N/A |
| JX-86 | Photograph of Holman Prison Death Chamber | MCNAIR000546 | N/A |
| JX-87 | Photograph of Holman Prison Death Chamber | MCNAIR000549 | N/A |
| JX-88 | Photograph of Holman Prison Death Chamber | MCNAIR000554 | N/A |
| JX-89 | Photograph of Holman Prison Death Chamber | MCNAIR000556 | N/A |
| JX-90 | Photograph of Holman Prison Death Chamber | MCNAIR000557 | N/A |
| JX-91 | Photograph of Holman Prison Death Chamber | MCNAIR000559 | N/A |
| JX-92 | Photograph of Holman Prison Death Chamber | MCNAIR000578 | N/A |
| JX-93 | Photograph of Holman Prison Control Room | MCNAIR000603 | N/A |
| JX-94 | Photograph of Holman Prison Death Chamber | MCNAIR000622 | N/A |
| JX-95 | Photograph of Holman Prison Death Chamber | MCNAIR000626 | N/A |
| JX-96 | Photograph of Holman Prison Control Room | MCNAIR000628 | N/A |
| JX-97 | Photograph of Holman Prison Bathroom to Family Viewing Room | MCNAIR000663 | N/A |
| JX-98 | Photograph of Holman Prison Control Room | MCNAIR000664 | N/A |
| JX-99 | Photograph of Holman Prison Cell | MCNAIR000665 | N/A |
| JX-100 | Photograph of Holman Prison Hallway to Viewing Rooms | MCNAIR000676 | N/A |
| JX-101 | Photograph of Holman Prison Family Viewing Room | MCNAIR000680 | N/A |
| JX-102 | Photograph of Holman Prison Hallway to Viewing Rooms | MCNAIR000696 | N/A |
| JX-103 | Photograph of Holman Prison Death Chamber | MCNAIR000698 | N/A |
| JX-104 | Photograph of Holman Prison Death Chamber | MCNAIR000702 | N/A |
| JX-105 | Photograph of Holman Prison Visitor Viewing Room | MCNAIR000704 | N/A |
| JX-106 | Photograph of Holman Prison Death Chamber | MCNAIR000713 | N/A |

| | | | |
|---|---|---|---|
| JX-107 | Photograph of Holman Prison Family Viewing Room | MCNAIR000718 | N/A |
| JX-108 | Photograph of Holman Prison Control Room | MCNAIR000730 | N/A |
| JX-109 | Photograph of Holman Prison Control Room | MCNAIR000735 | N/A |
| JX-110 | Photograph of Holman Prison Control Room | MCNAIR000742 | N/A |
| JX-111 | Photograph of Holman Prison Control Room | MCNAIR000743 | N/A |
| JX-112 | Photographs of Gary Leon Brown's cadaver, Produced by the Alabama Department of Forensic Sciences | MCNAIR000761 | MCNAIR000787 |
| JX-113 | Photographs of James Hubbard's cadaver, Produced by the Alabama Department of Forensic Sciences | MCNAIR000788 | MCNAIR000806 |
| JX-114 | Autopsy and Toxicological Analysis Reports for Gary L. Brown, Produced by the Alabama Department of Forensic Sciences | MCNAIR000807 | MCNAIR000861 |
| JX-115 | Autopsy and Toxicological Analysis Reports for Mario G. Centobie, Produced by the Alabama Department of Forensic Sciences | MCNAIR000862 | MCNAIR000928 |
| JX-116 | Autopsy and Toxicological Analysis Reports for Tommy Fortenberry, Produced by the Alabama Department of Forensic Sciences | MCNAIR000929 | MCNAIR000945 |
| JX-117 | Autopsy and Toxicological Analysis Reports for Jerry P. Henderson, Produced by the Alabama Department of Forensic Sciences | MCNAIR000946 | MCNAIR000997 |
| JX-118 | Autopsy and Toxicological Analysis Reports for David Hocker, Produced by the Alabama Department of Forensic Sciences | MCNAIR000998 | MCNAIR001050 |
| JX-119 | Autopsy and Toxicological Analysis Reports for James Hubbard, Produced by the Alabama Department of Forensic Sciences | MCNAIR001051 | MCNAIR001129 |
| JX-120 | Autopsy and Toxicological Analysis Reports for Anthony K. Johnson, Produced by the Alabama Department of Forensic Sciences | MCNAIR001130 | MCNAIR001184 |
| JX-121 | Autopsy and Toxicological Analysis Reports for John Peoples, Jr., Produced by the Alabama Department of Forensic Sciences | MCNAIR001185 | MCNAIR001232 |

| | | | |
|---|---|---|---|
| JX-122 | Autopsy and Toxicological Analysis Reports for George Sibley, Jr., Produced by the Alabama Department of Forensic Sciences | MCNAIR001233 | MCNAIR001285 |
| JX-123 | Autopsy and Toxicological Analysis Reports for Michael Thompson, Produced by the Alabama Department of Forensic Sciences | MCNAIR001286 | MCNAIR001338 |
| JX-124 | Exhibit Two to the Deposition of EMT-1 (Schematic Diagram of Holman Prison Execution Area, with markings) | N/A | N/A |
| JX-125 | Exhibit One to the Deposition of EMT-2 (Schematic Diagram of Holman Prison Execution Area, with markings) | N/A | N/A |
| JX-126 | Alabama Department of Public Health, Office of EMS and Trauma—Patient Care Protocols (3rd Edition – dated October 19, 2006) | N/A | N/A |
| JX-127 | Alabama Dept. of Public Health, Office of EMS and Trauma, Physician Medication Order Form | N/A | N/A |
| JX-128 | Contract Review Report Re: Contract for Mark Dershwitz to Review Chemical Composition of Drugs Used in Executions by Lethal Injection in the State of Alabama | N/A | N/A |
| JX-129 | Deposition Transcript of DOC-1 Taken on August 7, 2007 | N/A | N/A |
| JX-130 | Deposition Transcript of DOC-2 Taken on August 7, 2007 | N/A | N/A |
| JX-131 | Deposition Transcript of RN Taken on August 15, 2007 | N/A | N/A |
| JX-132 | Carol Benfell, *Fatal errors: hospitals learn lessons the hard way*, Santa Rosa Press-Democrat, Mar. 23, 1997, available at http://www.iatrogenic.org/fatalerr.html | N/A | N/A |
| JX-133 | 2007 American Veterinary Medical Association Guidelines on Euthanasia *(Formerly Report of the AVMA Panel on Euthanasia)*, available at http://www.avma.org/issues/ animal_welfare/euthanasia.pdf  (June 2007). | N/A | N/A |
| JX-134 | American Society of Anesthesiology's *Practice Advisory for Intraoperative Awareness and Brain Function Monitoring*, 104 (4) Anesthesiology 847 (Apr. 2006). | N/A | N/A |

| | | | |
|---|---|---|---|
| JX-135 | ASA Standards for Basic Anesthetic Monitoring (Oct. 25, 2005). | N/A | N/A |
| JX-136 | Robert D. Truog et al., *Recommendations for end-of-life care in the intensive care unit: The Ethics Committee of the Society of Critical Care Medicine*, 29(12) GRIT. CARE MED. 2332 (2001). | N/A | N/A |
| JX-137 | PREVENTING MEDICATION ERRORS: QUALITY CHASM SERIES 325-60 (Philip Aspden, Julie Wolcott, J. Lyle Bootman, Linda R. Cronenwett, Eds. 2006). | N/A | N/A |
| JX-138 | K. Taxis, N. Barber, *Causes of Intravenous Medication Errors: An Ethnographic Study*, 12 Qual. Saf. Health Care, 343-348 (2003). | N/A | N/A |
| JX-139 | Bowdle, T.A., *Drug Administration Errors from the ASA [Am. Soc. Anesthesiologists] Closed Claims Project*, 67(6) ASA NEWSLETTER, 11-13 (2003). | N/A | N/A |
| JX-140 | Orin F. Guidry, M.D., *Message from the President: Observations Regarding Lethal Injection* (June 30, 2006). | N/A | N/A |
| JX-141 | Curriculum Vitae of Dr. Mark Dershwitz | N/A | N/A |
| JX-142 | Transcript of the Deposition of DOC-1 and exhibits hereto. | N/A | N/A |
| JX-143 | Transcript of the Deposition of DOC-2 and exhibits hereto. | N/A | N/A |
| JX-144 | Transcript of the Deposition of RN and exhibits hereto. | N/A | N/A |

As to the following exhibits, objections remain. There are no authenticity objections by either party.

**EXHIBITS PROFFERED BY PLAINTIFFS, AND DEFENDANTS' OBJECTIONS**

| Plaintiffs' Exhibit # | Document Description | Beginning Bates No. | Ending Bates No. | Objection Basis/Bases |
|---|---|---|---|---|
| PX-1 | Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories | N/A | N/A | No objection. |

7

| | | | | |
|---|---|---|---|---|
| PX-2 | Defendants' Responses to Plaintiffs' Revised Supplemental First Set of Interrogatories | N/A | N/A | No objection. |
| PX-3 | Two (2) digital video discs (DVDs) containing video of inmates' cadavers, Produced by the Alabama Department of Forensic Sciences | MCNAIR001339 | MCNAIR001340 | Objection. Cumulative, gruesome and prejudicial. **FRE 403** |
| PX-4 | Medical Examiner Records on the Execution of Lloyd LaFevers | N/A | N/A | Objection. Irrelevant. **FRE 402.** |
| PX-5 | Declaration of Patrick J. Ehlers, dated March 1, 2004 | N/A | N/A | Objection. Irrelevant. **FRE 402.** |
| PX-6 | The Governor's Commission on Administration of Lethal Injection, Final Report with Findings and Recommendations 8 (Mar. 1, 2007), *available at* http://www.law.berkeley.edu/clinics/dpclinic/Lethal%20Injection%20Documents/Florida/lethalinjectionfinalreport.pdf | N/A | N/A | Objection. Irrelevant. **FRE 402.** |
| PX-7 | State of Florida – Office of the Governor Executive Order Number 06-260 | N/A | N/A | Objection. Irrelevant. **FRE 402.** |
| PX-8 | State of Tennessee – Executive Order by the Governor Number 43 | N/A | N/A | Objection. Irrelevant. **FRE 402.** |

**EXHIBITS PROFFERED BY DEFENDANTS, AND PLAINTIFFS' OBJECTIONS**

| Defendants' Exhibit # | Document Description | Beginning Bates No. | Ending Bates No. | Objection Basis/Bases |
|---|---|---|---|---|
| DX-1 | Plaintiffs' Responses and Revised Responses to Defendants' Interrogatory Requests | N/A | N/A | No objection. |
| DX-2 | Affidavit of Dr. Mark Dershwitz and exhibits | N/A | N/A | Objection. Hearsay, not subject to any exception.* **FRE 801, 802**  * In all hearsay objections, not subject to any exceptions. |
| DX-3 | Transcript of the Deposition of Warden Grantt Culliver and exhibits hereto | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** Inadmissible under FRCP 32 as to Defendants. |
| DX-4 | Transcript of the deposition of EMT-1 and exhibits hereto. | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** Inadmissible under FRCP 32 as to Defendants. |
| DX-5 | Transcript of the deposition of EMT-2 and exhibits hereto. | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** Inadmissible under FRCP 32 as to |

| | | | | |
|---|---|---|---|---|
| | | | | Defendants. |
| DX-6 | Defendants' Responses to Plaintiffs' First Set of Interrogatories | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** Inadmissible under FRCP 33. |
| DX-7 | Defendants' Responses to Plaintiffs' Revised and Supplemental First Set of Interrogatories | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** Inadmissible under FRCP 33. |
| DX-8 | Affidavit of Warden Grantt Culliver (attached as Tab C to Defendants' Evidentiary Submission filed in support of Defendants' Motion for Summary Judgment) | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** |
| DX-9 | Affidavit of Anne Adams (attached as Tab B to Defendants' Evidentiary Submission filed in support of Defendants' Motion for Summary Judgment) | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 401, 402** Not relevant. **FRE 801, 802** |
| DX-10 | Affidavit of James R. Houts (attached as Tab D to Defendants' Evidentiary Submission filed in support of Defendants' Motion for Summary | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 801, 802** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Judgment) |  |  |  |
| DX-11 | Affidavit of Dr. Gail Golab | N/A | N/A | Objection. Hearsay as to Defendants. **FRE 401, 402** Not relevant. **FRE 801, 802** |
| DX-12 | Transcripts of the depositions of the Defendants' expert witness(es) and exhibits thereto | N/A | N/A | Objection. Hearsay. **FRE 801, 802** |
| DX-13 | Transcripts of the depositions of the Plaintiffs' expert witness(es) and exhibits thereto | N/A | N/A | Objection. Hearsay. **FRE 801, 802** |
| DX-14 | Declaration and transcripts of testimony provided by Plaintiffs' expert witness(es) in other litigation, and exhibits thereto | N/A | N/A | Objection. Hearsay. **FRE 801, 802** |

Date:   September 24, 2007

/s/ Vincent R. FitzPatrick, Jr.
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

/s/ James W. Davis
James W. Davis (DAV103)
Assistant Attorney General
J. Clayton Crenshaw (CRE007)
Assistant Attorney General
TROY KING (KIN047)
ATTORNEY GENERAL

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: ccrenshaw@ago.state.al.us
jimdavis@ago.state.al.us

- and -

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiffs Willie McNair
and James Callahan

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Clayton Crenshaw, James W. Davis, Corey Maze and Jasper Roberts.

  /s/ Stephanie Cohen
STEPHANIE COHEN
Bar Number (SDNY): SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
stephcohen@whitecase.com