IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 2:06-cv-695-WKW |
| RICHARD ALLEN, et al., | ) |
|     Defendants/Counter-Plaintiffs. | ) |
| _____ | ) |
| JAMES CALLAHAN, | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 2:06-cv-919-WKW |
| RICHARD ALLEN, et al., | ) |
|     Defendants/Counter-Plaintiffs. | ) |

## JOINT WITNESS LIST

James Callahan and Willie McNair (the "Plaintiffs") and Richard Allen, et al. (the "Defendants"), by and through their undersigned counsel, hereby identify the following individuals they intend to call as witnesses in connection with the trial currently scheduled to begin on October 3, 2007:

1) Dr. Mark J.S. Heath, M.D. (in person) (c/o White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036; (212) 819-8200).

2) Dr. Mark Dershwitz, M.D., (in person) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

3) Warden Grantt Culliver (in person) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

4) EMT-1 (in person or by deposition) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

5) EMT-2 (in person or by deposition) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

6) DOC-1 (by deposition) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

7) DOC-2 (by deposition) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

8) RN (by deposition) (c/o Office of the Attorney General, 11 South Union Street, Montgomery, Alabama 36130; (334) 242-7300).

Date:   September 25, 2007

/s/ Vincent R. FitzPatrick, Jr.
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

/s/ James W. Davis
TROY KING (KIN047)
ATTORNEY GENERAL
James W. Davis (DAV103)
Assistant Attorney General
J. Clayton Crenshaw (CRE007)
Assistant Attorney General
Counsel for Defendants

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

| | |
|---|---|
| vfitzpatrick@whitecase.com | (334) 353-8440 Fax |
| hmcdevitt@whitecase.com | jimdavis@ago.state.al.us |
| stephcohen@whitecase.com | ccrenshaw@ago.state.al.us |

- and -

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiffs Willie McNair
and James Callahan

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Clayton Crenshaw and James W. Davis.

       /s/ Stephanie Cohen
STEPHANIE COHEN
Bar Number (SDNY):
SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
stephcohen@whitecase.com