IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00695-WKW-CSC |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Deparment of | ) |
| Corrections, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |
| | |
| JAMES CALLAHAN, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00919-WKW-CSC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

## **DEFENDANTS' WITNESS LISTS**

Pursuant to the Court's scheduling order, Defendants submit the following list of witness the Defendants expect to call at trial:

1.     Warden Grantt Culliver, Defendant

    Warden Culliver may be contacted through the undersigned counsel.

2.     DOC-1

    Name, address, and telephone number withheld pursuant to the Court's Protective Order. Defendants expect to request leave to have DOC-1 testify by deposition.

3. DOC-2

    Name, address, and telephone number withheld pursuant to the Court's Protective Order. Defendants expect to request leave to have DOC-2 testify by deposition.

4. EMT-1

    Name, address, and telephone number withheld pursuant to the Court's Protective Order. Defendants expect to request leave to have EMT-1 testify by deposition.

5. EMT-2

    Name, address, and telephone number withheld pursuant to the Court's Protective Order. Defendants expect to request leave to have EMT-2 testify by deposition.

6. RN

    Name, address, and telephone number withheld pursuant to the Court's Protective Order.  Defendants expect to request leave to have RN testify by deposition.

7. Dr. Mark Dershwitz, Expert Witness

    Defendants expect to designate Dr. Dershwitz as their expert witness. He may be contacted through counsel.

8. Defendants identify as a person whom Defendants may call, if the need arises, a representative of the American Veterinary Medical Association.

9. Defendants identify as a person whom Defendants may call, if the need arises, the person or persons who are employees of the Department of Corrections and who noted the times of certain events on execution logs.

10. Defendants reserve the right to identify additional expert witnesses.

11. Defendants reserve the right to call additional witnesses as rebuttal witnesses if needed.

12. Defendants reserve the right to call as witnesses those persons listed on the Plaintiffs' witness list(s).

13. Defendants reserve the right to amend or supplement this list after designation of expert witnesses, submission of expert reports, and expert witness depositions.

Date: September 7, 2007

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

**s/ J. Clayton Crenshaw**
J. Clayton Crenshaw  (CRE007)
Assistant Attorney General

**s/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us
        jimdavis@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 7th day of September, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Randall S. Susskind
Cathleen I. Price
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
cprice@eji.org
rsusskind@eji.org

Vincent R. Fitzpatrick, Jr. (SDNY Bar No. VF2907)
Heather K. Mcdevitt (SDNY Bar No. HM9973)
Stephanie Cohen (SDNY Bar No. SM7006)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

OF COUNSEL

**s/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  jimdavis@ago.state.al.us