**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
NORTHERN DIVISION**

| | | |
|---|---|---|
| WILLIE MCNAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:06-cv-00695-WKW-CSC |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |
| JAMES CALLAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:06-cv-00919-WKW-CSC |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' REVISED SUPPLEMENTAL BRIEF**

In their brief filed on September 26, 2007, see Doc. 122, defendants asserted, among other things, that EMT-1 will be out of the country during the week of trial, id. at 2. This assertion is no longer correct. Assistant Attorney General Clay Crenshaw received information late in the afternoon on September 26, 2007, from Warden Culliver that EMT-1 no longer expects to be out of the country during the week of trial. Defendants adopt and incorporate all other

arguments made in support of the motion to quash, see Doc. 100, and in the supplemental brief, see Doc. 122.

                Respectfully submitted,

                TROY KING (KIN047)
                ATTORNEY GENERAL
                BY:


                s/ J. Clayton Crenshaw
                J. Clayton Crenshaw  (CRE007)
                Assistant Attorney General

                James W. Davis  (DAV103)
                Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:   ccrenshaw@ago.state.al.us
           jimdavis@ago.state.al.us

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of September, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Randall S. Susskind
Cathleen I. Price
Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
cprice@eji.org
rsusskind@eji.org

Vincent R. Fitzpatrick, Jr. (SDNY Bar No. VF2907)
Heather K. Mcdevitt (SDNY Bar No. HM9973)
Stephanie Cohen (SDNY Bar No. SM7006)
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

                                                          s/  J. Clayton Crenshaw
                                                        J. Clayton Crenshaw  (CRE007)
                                                        Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us