IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00695-WKW-CSC |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

| | |
|---|---|
| JAMES CALLAHAN, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) No. 2:06-cv-00919-WKW-CSC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

## DEFENDANTS' NOTICE OF FILING

Defendants Richard Allen, Commissioner, and Grantt Culliver, Warden, give notice of filing the attached correspondence dated this same date from Governor Bob Riley to Commissioner Richard Allen, concerning the execution of Thomas Arthur. Defendants make this filing immediately upon receipt to bring it to the Court's attention, and reserve the right to comment further upon the matter as may be appropriate.

    Respectfully submitted,

                                             TROY KING (KIN047)
                                             ATTORNEY GENERAL
                                             BY:

>s/ James W. Davis
>James W. Davis  (DAV103)
>Assistant Attorney General
>
>J. Clayton Crenshaw  (CRE007)
>Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  ccrenshaw@ago.state.al.us
         jimdavis@ago.state.al.us

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of September, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Randall S. Susskind
>Cathleen I. Price
>Equal Justice Initiative of Alabama
>122 Commerce Street
>Montgomery, AL  36104
>cprice@eji.org
>rsusskind@eji.org

>Vincent R. Fitzpatrick, Jr. (SDNY Bar No. VF2907)
>Heather K. Mcdevitt (SDNY Bar No. HM9973)
>Stephanie Cohen (SDNY Bar No. SM7006)
>White & Case LLP
>1155 Avenue of the Americas
>New York, NY  10036
>Telephone: (212) 819-8200
>Facsimile: (212) 354-8113
>vfitzpatrick@whitecase.com
>hmcdevitt@whitecase.com
>stephcohen@whitecase.com

OF COUNSEL

**S/ James W. Davis**
James W. Davis  (DAV103)
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email:  jimdavis@ago.state.al.us

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

# STATE OF ALABAMA

September 27, 2007

Mr. Richard F. Allen, Commissioner
Alabama Department of Corrections
AL Criminal Justice Complex
301 South Ripley Street
Montgomery, Alabama 36130

Dear Commissioner Allen:

By my authority under Amendment 38 to the Alabama Constitution, I hereby grant a reprieve of 45 days to Thomas D. Arthur, who is scheduled for execution on this date. The sole purpose of this reprieve is to allow the Alabama Department of Corrections sufficient time to make modifications to its lethal injection protocol. It is my desire that the Alabama Attorney General will make a motion for, and that the Alabama Supreme Court will promptly set, a new date of execution at the expiration of this 45-day period.

Sincerely,

Bob Riley
Governor

BR/rdg

cc:   United States Supreme Court
      Alabama Supreme Court
      Alabama Attorney General Troy King
      Suhana S. Han, Esquire