IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-00695-WKW |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| _____ | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-00919-WKW |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

**ORDER**

Upon consideration of the defendants' Notice of Filing (Doc. # 124) and upon information that the Alabama Department of Corrections intends to make modifications to its lethal injection protocol, it is ORDERED that the parties shall show cause **on or before September 28, 2007, at 12:00 p.m. CDT,** why the trial in this matter should not be continued. The deadlines for filing joint stipulations of facts, individual summary of contentions, trial briefs, and responses to motions in limine are EXTENDED from September 28, 2007, to **October 1, 2007.**

DONE this 27th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE