IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE MCNAIR, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00695-WKW |
| | ) | |
| RICHARD ALLEN, *et al.,* | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

| | | |
|---|---|---|
| JAMES CALLAHAN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00919-WKW |
| | ) | |
| RICHARD ALLEN, *et al.,* | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

**ORDER**

It is ORDERED that the trial of this matter and all other dates and deadlines are CONTINUED. The trial is tentatively set for the week of November 26, 2007. A telephone status conference, to be arranged by the defendants, is SET for **October 31, 2007, at 4:00 p.m. (CDT)**, at which other pretrial dates and deadlines will be discussed.

DONE this 28th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE