IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE MCNAIR,                                    )
                                                  )
    Plaintiff/Counter-Defendant,              )
                                                  )
v.                                                )    Case No. 2:06-cv-695-WKW
                                                  )
RICHARD ALLEN, et al.,                            )
                                                  )
    Defendants/Counter-Plaintiffs.            )
_____                 )
                                                  )
JAMES CALLAHAN,                                   )
                                                  )
    Plaintiff/Counter-Defendant,              )
                                                  )
v.                                                )    Case No. 2:06-cv-919-WKW
                                                  )
RICHARD ALLEN, et al.,                            )
                                                  )
    Defendants/Counter-Plaintiffs.            )

## <u>ORDER</u>

It is ORDERED that the telephone status conference scheduled for November 15, 2007, is

RESET for **November 7, 2007, at 4:30 p.m. (CST)**.  The telephone conference shall be arranged

by the defendants.

DONE this 6th day of November, 2007.

                           _____/s/   W.  Keith Watkins_____
                           UNITED STATES DISTRICT JUDGE