IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-695-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |
| _____ | ) |
| | ) |
| JAMES CALLAHAN, | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-919-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER**

For the reasons stated on the record during the telephone status conference held on November 7, 2007, it is ORDERED that:

1. The trial set for November 26, 2007, is CONTINUED generally; and

2. The parties shall supplement their briefing on the pending dispositive motions as it pertains to the State of Alabama's revised lethal injection protocol **on or before November 12, 2007**.[1]

DONE this 8th day of November, 2007.

                                                /s/ W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' counsel have also indicated that they will move for a stay of Plaintiff Callahan's execution date on or before November 19, 2007.