IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-695-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |
| _____ | ) |
| JAMES CALLAHAN, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-919-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter the undersigned's appearance as co-counsel in this case for Plaintiff James Callahan. The undersigned is admitted *pro hac vice* in this action, previously representing only Plaintiff McNair.

Date: November 8, 2007         /s/ Vincent R. FitzPatrick, Jr.

　　　　　　　　　　　　　　　VINCENT R. FITZPATRICK, JR.
　　　　　　　　　　　　　　　Bar Number (SDNY): VF2907
　　　　　　　　　　　　　　　Counsel for Plaintiffs

　　　　　　　　　　　　　　　White & Case LLP
　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　New York, NY  10036
　　　　　　　　　　　　　　　Telephone: (212) 819-8200
　　　　　　　　　　　　　　　Facsimile: (212) 354-8113
　　　　　　　　　　　　　　　vfitzpatrick@whitecase.com

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: J. Clayton Crenshaw, James W. Davis, Corey Maze and Jasper Roberts.

/s/ Peter B. Patterson, Jr.
Peter B. Patterson, Jr.

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
ppatterson@whitecase.com