# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: McNair v. Allen et al**

**Case Number: 2:06-cv-00695-WKW**

**Referenced Pleading: Notice of Appearance - Mcdevitt - Doc. 137**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| _____ ) | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the undersigned's appearance as counsel in this case for Plaintiff James Callahan.

The undersigned is admitted *pro hac vice* in this action, previously representing only Plaintiff McNair.

Date: November 8, 2007        /s/ Heather K. McDevitt

HEATHER K. MCDEVITT
Bar Number (SDNY): HM9973
Counsel for Plaintiffs

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
hmcdevitt@whitecase.com

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2007, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: J. Clayton Crenshaw, James W. Davis, Corey Maze and Jasper Roberts.

/s/ Peter B. Patterson, Jr.
Peter B. Patterson, Jr.

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
ppatterson@whitecase.com