IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> RICHARD ALLEN, et al., ) <br> ) <br> Defendants/Counter-Plaintiffs. ) | Case No. 2:06-cv-695-WKW |
| JAMES CALLAHAN, ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> RICHARD ALLEN, et al., ) <br> ) <br> Defendants/Counter-Plaintiffs. ) | Case No. 2:06-cv-919-WKW |

**ORDER**

It is ORDERED that the defendants file a response to Plaintiff Callahan's Motion to Stay (Doc. #147) on or before **November 26, 2007 at 3:30 p.m. (CST).**

DONE this 20th day of November, 2007.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE