## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WILLIE MCNAIR, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-695-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| _____ | ) | |
| | ) | |
| JAMES CALLAHAN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-919-WKW |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

### PLAINTIFF CALLAHAN'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR STAY OF EXECUTION

In further support of his Motion for Stay of Execution (Doc. 147), Plaintiff JAMES HARVEY CALLAHAN submits the following:

On December 5, 2007, the United States Supreme Court stayed Alabama's execution of Tommy Arthur, pending the disposition of his petition for a writ of certiorari to the Eleventh Circuit Court of Appeals decision affirming, on grounds of laches, the dismissal of his action under 42 U.S.C. § 1983 challenging Alabama's method of execution by lethal injection. *Arthur v. Allen*, No. 07-0342-WS-C, 2007 WL 2320069 (S.D. Ala. Aug. 10, 2007), *aff'd* No. 07-13929, 2007 WL 2709942 (11th Cir. Sept. 17, 2007), *stay granted pending disposition of petition for writ of certiorari* ___ S. Ct. ___, No. 07395, 2007 WL 4248619 (Dec. 5, 2007). The Supreme Court granted Arthur a stay of execution even though the Eleventh Circuit held that Arthur had

unreasonably delayed in filing his action by waiting nine months after the Eleventh Circuit denied relief in his federal habeas action. *Arthur*, 2007 WL 2709942, at *4.

Arthur's stay of execution is the latest reprieve granted by the Supreme Court since granting certiorari in *Baze v. Rees,* 128 S. Ct. 34 (2007). As this Court is aware, *Baze* concerns a challenge to Kentucky's lethal injection protocol, which uses the same three-drug cocktail for lethal injection as Alabama. The Supreme Court's order in *Arthur* affirms a post-*Baze* practice of granting stays of execution by lethal injection. In every lethal injection case that has come before it post-*Baze*, except one where the execution was scheduled for the same day that *Baze* was issued, the Court has either granted, or refused to vacate, a stay of execution. *See* Motion for Stay of Execution, Doc. 147 at 2. Since *Baze*, there have been no executions by lethal injection in the United States.

The Supreme Court's message to lower courts is unambiguous: executions should be postponed until *Baze* is resolved. Indeed, now that the Court has stayed the execution of an Alabama inmate challenging the same Execution Procedures as Mr. Callahan, there can be no lingering doubt that Mr. Callahan's execution should be stayed until *Baze* is decided and subsequent proceedings, guided by the decision in *Baze*, are completed.

For the foregoing reasons and the reasons detailed in Mr. Callahan's Motion for Stay of Execution, plaintiff respectfully requests that this Court grant (i) injunctive relief and stay Mr. Callahan's execution, and (ii) such further other relief as the Court deems warranted. If for any reason a stay is denied, Mr. Callahan requests an expedited evidentiary hearing, though he

contends that such a procedure would deprive him of due process under the circumstances.


Date:  December 10, 2007                    /s/ Vincent R. FitzPatrick, Jr.
                                            VINCENT R. FITZPATRICK, JR.
                                            HEATHER K. MCDEVITT
                                            STEPHANIE COHEN
                                            Bar Numbers (SDNY):  VF2907; HM9973; SM7006

                                            White & Case LLP
                                            1155 Avenue of the Americas
                                            New York, NY  10036
                                            Telephone:  (212) 819-8200
                                            Facsimile:  (212) 354-8113
                                            vfitzpatrick@whitecase.com
                                            hmcdevitt@whitecase.com
                                            stephcohen@whitecase.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 10, 2007, a copy of the foregoing was filed electronically with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following:  J. Clayton Crenshaw, James W. Davis, Jasper B. Roberts and Corey L. Maze.

<u>/s/ Stephanie Cohen</u>
STEPHANIE COHEN
Bar Number (SDNY):  SM7006

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
stephcohen@whitecase.com

*Counsel for Plaintiffs*