IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-695-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |
| JAMES CALLAHAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-919-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that the defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the memorandum opinion and order entered on December 14, 2007, granting death row inmate James Callahan a stay of his execution scheduled for January 31, 2008.  See Doc. 154.  This appeal is permitted

by law as of right pursuant to 28 U.S.C. § 1292(a).

    Respectfully submitted,

    Troy King (KIN047)
    *Alabama Attorney General*


    ***s/ J. Clayton Crenshaw***
    J. Clayton Crenshaw (CRE007)
    *Assistant Attorney General*

    ***s/ James W. Davis***
    James W. Davis (DAV013)
    *Assistant Attorney General*

    Office of the Attorney General
    Alabama State House
    11 South Union Street
    Montgomery, AL  36130
    Telephone:  334.242.7300
    Fax:  334.353.3637
    ccrenshaw@ago.state.al.us
    jdavis@ago.state.al.us

**CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of December, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Randall S. Susskind, Cathleen I. Price, Vincent R. Fitzpatrick, Jr., Heather K. McDevitt, and Stephanie Cohen.**

        **s/ J. Clayton Crenshaw**
        J. Clayton Crenshaw
        Assistant Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130
        Telephone:  334.242.7300
        Fax:  334.353.3637
        ccrenshaw@ago.state.al.us