```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002651
Cashier ID: khaynes
Transaction Date: 12/28/2007
Payer Name: ATTORNEY GENERAL OFFICE
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ATTORNEY GENERAL OFFICE
 Case/Party: D-ALM-2-06-CV-000695-001
 Amount:         $455.00
----------------------------------
CHECK
 Check/Money Order Num: 1332
 Amt Tendered:  $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

2:06-cv-00695-WKW-CSC

McNair v. Allen et al
```