(ORDER LIST: 552 U.S.)

THURSDAY, JANUARY 31, 2008

ORDER IN PENDING CASE

07A630   CALLAHAN, JAMES V. ALLEN, COMM'R, AL DOC, ET AL.

   The application for stay of execution of sentence of death presented to Justice Thomas and by him referred to the Court is granted pending the timely filing and disposition of a petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.