IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants/Counter-Plaintiffs. ) | |
| _____ ) | |
| JAMES CALLAHAN, ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
|    Defendants/Counter-Plaintiffs. ) | |

## **ORDER**

Upon consideration of the defendants' Supplemental Motion for Summary Judgment (Doc. # 170), it is ORDERED that Plaintiff Willie McNair shall file a response **on or before May 12, 2008.** The defendant may file a reply brief **on or before May 19, 2008**.

DONE this 29th day of April, 2008.

                                          /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE