UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

**PLAINTIFF MCNAIR'S UNOPPOSED MOTION FOR AN
ORDER CONTINUING CERTAIN PRE-TRIAL DATES**

PLEASE TAKE NOTICE that Plaintiff Willie McNair moves this Court for an order continuing certain pre-trial dates set by the Court in its April 29, 2008 Order (Doc. 171) by 7 days, such that Plaintiff's Response to Defendants' Supplemental Motion for Summary Judgment would be due May 19, 2008, and Defendants' Reply would be due May 27, 2008.  The grounds for this motion are the scheduling difficulties of undersigned pro bono counsel. Undersigned counsel has consulted with counsel for the Defendants, who consent to the requested relief.

WHEREAS, Plaintiff McNair respectfully requests a 7-day continuance of these pre-trial dates and hereby submits a proposed form of Order reflecting revised dates for the Court's consideration.

Respectfully submitted,

Date:  May 6, 2008

/s Heather K. McDevitt

VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
Bar Numbers (SDNY):
VF2907; HM9973
Counsel for Plaintiff Willie McNair

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com

- and by -

/s Randall S. Susskind

RANDALL S. SUSSKIND (SUS002)
CATHLEEN I. PRICE (PRI056)
Counsel for Plaintiff Willie McNair

Equal Justice Initiative of Alabama
122 Commerce Street
Montgomery, AL  36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
rsusskind@eji.org
cprice@eji.org

**CERTIFICATE OF SERVICE**

I certify that on May 6, 2008, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J. Clayton Crenshaw and James W. Davis.

   /s Peter Patterson
PETER PATTERSON

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
ppatterson@whitecase.com

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |
| _____ | |
| ) | |
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Case No. 2:06-cv-919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

### PROPOSED ORDER CONTINUING CERTAIN PRE-TRIAL DATES

Upon consideration of Plaintiff McNair's Unopposed Motion for an Order Continuing Certain Pre-Trial Dates, filed on May 6, 2008, it is hereby

ORDERED that the motion be GRANTED, and that these pre-trial deadlines be set in accordance with the attached schedule.

DONE this ___ day of May, 2008.

                              JUDGE: _____
                                            WILLIAM KEITH WATKINS
                                            UNITED STATES DISTRICT JUDGE

| Item | 4/28/08 Order Deadline | Revised Deadline |
|---|---|---|
| Plaintiff McNair's Response to Defendants' Supplemental Motion for Summary Judgment (Doc. 170) | May 12, 2008 | May 19, 2008 |
| Defendants' Reply to Plaintiff McNair's Response to Defendants' Supplemental Motion for Summary Judgment (Doc. 170) | May 19, 2008 | May 27, 2008 |