IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MCNAIR, ) | |
| ) | |
| Plaintiff/Counter-Defendant ) | |
| ) | |
| ) | Civ. Act. No. 2:06cv695-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

| | |
|---|---|
| JAMES CALLAHAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| ) | Civ. Act. No. 2:06cv919-WKW |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

**ORDER**

Now pending before the court is the defendants' motion for quash subpoenas (doc. # 100) filed on September 13, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED that the defendants' motion for quash subpoenas (doc. # 100) be and is hereby DENIED as moot.

Done this 15th day of May, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE